James D. Pacitti, Esq. (SBN: 248696)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400
Fax: 866-385-1408
jpacitti@consumerlawcenter.com
Attorneys for Plaintiff, ERIN O'DONNELL

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| ERIN O'DONNELL, | Case No.: 2:10-cv-08162-JFW -CW |
| Plaintiff, | **MOTION FOR ENTRY OF DEFAULT AND DECLARATION IN SUPPORT THEREOF** |
| v. | |
| TAKHAR COLLECTION SERVICES, LTD., | |
| Defendant. | |

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Plaintiff, by and through his attorneys, hereby requests this court to make an entry of default against Defendant, TAKHAR COLLECTION SERVICES, LTD., as Defendant has failed to timely answer or otherwise defend itself from Plaintiff's Complaint.  The instant motion is based upon the following facts and the supporting declaration by Plaintiff's counsel.

DATED: December 8, 2010                               KROHN & MOSS, LTD.


                                                      By: /s/ James D. Pacitti
                                                      James D. Pacitti
                                                      Attorneys for Plaintiff

**DEFENDANT HAS FAILED TO TIMELY ANSWER OR
DEFEND ITSELF AGAINST PLAINTIFF'S COMPLAINT**

1. On October 29, 2010 Plaintiff filed her Complaint against Defendant, TAKHAR COLLECTION SERVICES, LTD. ("Defendant").

2. Plaintiff's Complaint alleged violations of the FDCPA, *15 USC 1692 et seq* and the RFDCPA, *Cal. Civ. 1788 et seq*.

3. Plaintiff sought statutory damages pursuant to the above-mentioned statutes in addition to reasonable attorney's fees.

4. On November 10, 2010, Defendant was served with the Summons and Complaint. (See certificate of service attached as Exhibit A).

5. Defendant's Answer to Plaintiff's Complaint was due on December 1, 2010.

6. Defendant has not filed an Answer nor contacted Plaintiff's attorneys requesting an extension to file its Answer.

7. *Federal Rule of Civil Procedure* 55(a) provides that "when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

8. Defendant has failed to plead or otherwise defend itself against Plaintiff's Complaint.

9. Plaintiff now requests that this court enter a default against Defendant.

**WHEREFORE,** Plaintiff respectfully requests this court grant his instant motion and enter a default against Defendant, TAKHAR COLLECTION SERVICES, LTD. for failure to timely plead or otherwise defend against Plaintiff's Complaint.

|   |   |
|---|---|
|   | RESPECTFULLY SUBMITTED, |
| DATED:  December 8, 2010 | KROHN & MOSS, LTD. |
|   | By: /s/ James D. Pacitti |
|   | James D. Pacitti |
|   | Attorneys for Plaintiff |

**EXHIBIT A**

James D. Pacitti, Esq. (SBN: 248696)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400
Fax: 866-385-1408
jpacitti@consumerlawcenter.com
Attorneys for Plaintiff, ERIN O'DONNELL

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| ERIN O'DONNELL, ) | Case No.: **2:10-cv-08162-JFW -CW** |
| ) | |
| Plaintiff, ) | **DECLARATION IN SUPPORT OF** |
| ) | **MOTION FOR ENTRY OF DEFAULT** |
| v. ) | |
| ) | |
| TAKHAR COLLECTION SERVICES, LTD.,) | |
| ) | |
| Defendant. ) | |
| ) | |

## **DECLARATION**

1. I am the attorney of record for the Plaintiff in the above entitled action.

2. The Summons and Complaint in said action was duly served upon Defendant on November 10, 2010.

3. The original Summons has been duly filed in the office of the Clerk of Court on November 16, 2010.

4. The time allowed by law to Answer the Complaint, specified in Plaintiff's Summons, was twenty (21) days from the date of service.

5. Defendant's Answer was due by December 1, 2010.

6. The time for Defendant to Answer the Complaint in said action has elapsed.

7. No Answer has been received by or served upon the Plaintiff or Plaintiff's attorneys.

8.     Defendant is not an infant or incompetent person.

9.     The Servicemembers Civil Relief Act (50 App. U.S.C. § 521) does not apply.

Pursuant to 28 U.S.C. § 1746(2), I, James D. Pacitti, hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: December 8, 2010                    By: /s/ James D. Pacitti
                                               James D. Pacitti
                                               Attorney for Plaintiff

MOTION FOR ENTRY OF DEFAULT AND DECLARATION IN SUPPORT THEREOF

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 10474 Santa Monica Blvd. Suite 401, Los Angeles, CA  90025.

On December 8, 2010, I served the following document(s) described as: **MOTION FOR ENTRY OF DEFAULT AND DECLARATION IN SUPPORT THEREOF** on all interested parties in this action by placing:

[ X ]   a true copy
[   ]   the original thereof enclosed in sealed envelope(s) addressed as follows:

C T CORPORATION SYSTEM
818 W 7TH ST
LOS ANGELES CA 90017

[   ]   BY FACSIMILE
        The facsimile machine used reported no error and printed a record of the transmission which is attached hereto.

[X]    BY MAIL
       [   ]   I deposited such envelope in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.

       [ X ]  I am readily familiar with the firm's practice for collection and processing correspondence for mailing.  Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]    STATE – I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 8, 2010, at Los Angeles, California.

./s/ James D. Pacitti
James D. Pacitti

- 7 -

MOTION FOR ENTRY OF DEFAULT AND DECLARATION IN SUPPORT THEREOF