UNITED STATES DISTRICT COURT             **PRIORITY SEND**
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 10-8162-JFW (CWx)**                                    Date:  February 7, 2011

Title:      Erin O'Donnell -v- Takhar Collection Services, Ltd.

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

Shannon Reilly                                      None Present
Courtroom Deputy                                    Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**             **ATTORNEYS PRESENT FOR DEFENDANTS:**
              None                                                None

**PROCEEDINGS (IN CHAMBERS):**    ORDER GRANTING PLAINTIFF ERIN O'DONNELL'S MOTION FOR ENTRY OF DEFAULT JUDGMENT [filed 1/6/2011; Docket No. 8]

    On January 6, 2011, Plaintiff Erin O'Donnell ("Plaintiff") filed a Motion for Entry of Default Judgment. Defendant Takhar Collection Services, Ltd. did not file an Opposition. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument. The hearing calendared for February 14, 2011 is hereby vacated and the matter taken off calendar. After considering the moving papers and the arguments therein, the Court rules as follows:

    Plaintiff's Motion for Entry of Default Judgment is **GRANTED.** The Court signs, as modified, the proposed Order Granting Plaintiff's Request for Default Judgment, lodged with the Court on January 6, 2011.

    IT IS SO ORDERED.

Initials of Deputy Clerk   sr