**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | | |
|---|---|---|
| ERIN O'DONNELL, | ) | Case No.: 2:10-cv-08162-JFW -CW |
| Plaintiff, | ) | **DEFAULT JUDGMENT** |
| v. | ) | |
| TAKHAR COLLECTION SERVICES, LTD., | ) | |
| Defendant. | ) | |

Upon careful consideration of Plaintiff's Motion for Default Judgment, all Exhibits and supporting documents and the Court Record,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

That Judgment is entered in favor of Plaintiff, ERIN O'DONNELL, and against Defendant, TAKHAR COLLECTION SERVICES, LTD., in the sum of $4,567.50, itemized as follows: $2,000.00 in statutory damages; $2,217.50 in Attorneys' fees; $350.00 in filing fees.

DATED: February 7, 2011            BY: _____
                                              United States District Judge
                                              Hon: John F. Walter

- 1 -